# ChamberlainD'Amanda

ATTORNEYS AND COUNSELORS AT LAW

8/30/11

#8327 8/30/11
.52¢

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
100 State Street
Rochester, New York 14614

      Re:    BROWN, RONALD DAVID    / Case # 09-20539
               Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $0.52. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    _____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

    __X__ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant __American Express Centurion__    Amount $ __0.52__    Claim Register # __5__

                                        _/s/ Douglas J. Lustig_
                                        DOUGLAS J. LUSTIG
                                        Trustee

[FILED AUG 30 PM 4:29 US BANKRUPTCY COURT NY ROCHESTER]

1600 Crossroads Building    585 232 3730
Two State Street    FAX 585 232 3882    CHAMBERLAIN D'AMANDA OPPENHEIMER & GREENFIELD LLP